IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

QUINTON MAYS,

      Plaintiff,

                               Case No.:

v.

FRITO-LAY, INC.,

      Defendant.

_____

## **NOTICE OF REMOVAL**

Defendant Frito-Lay, Inc. ("Frito-Lay"[1] or the "Company"), pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby respectfully removes this action from the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division, on the following grounds:

### 1.    **State Court Action**

On December 9, 2021, Plaintiff Quinton Mays ("Plaintiff" or "Mays") filed his Complaint against Defendant in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, styled *Quinton Mays v. Frito-Lay,*

---

[1] Frito-Lay, Inc. has been improperly named as the Defendant in this action. In reality, Plaintiff was employed by Rolling Frito-Lay Sales, LP.

*Inc.,* Case No. 21-CA-002184 (the "State Court Action"). (*See* **Exhibit A**, Complaint.)

### 2. Nature of The Action in Plaintiff's Complaint and Demand for Jury Trial

In the Complaint, Plaintiff asserts claims stemming from Plaintiff's employment with Frito-Lay. Specifically, Plaintiff alleges race discrimination in violation of 42 U.S.C. § 1981. (*See id.*).

### 3. Removal of State Court Actions – Federal Question

This action presents a federal question under 42 U.S.C. § 1981. Pursuant to 28 U.S.C. § 1441(a), "any civil action brought in state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant . . . to the district court of the United States for the district and division embracing the place where such action is pending." This action is removable pursuant to 28 U.S.C. § 1441(a) because the district court has original jurisdiction over the 42 U.S.C. § 1981 claim under 28 U.S.C. § 1331 (federal question).

### 4. Venue

28 U.S.C. § 1441(a) provides that removal must be made to the district court division embracing the place where such action is pending. *See Breuer v. Jim's Concrete of Brevard, Inc.*, 538 U.S. 692 (2003). This action is currently pending in the Circuit Court of the Fifth Judicial Circuit, in and for Marion

County, Florida. Accordingly, venue properly lies in this Court, the Ocala Division of the Middle District of Florida, for purposes of removal under 28 U.S.C. §§ 1441(a), 1332 and Rules 1.02(b)(3) and 1.06 of the Rules of the United States District Court for the Middle District of Florida.

**5.      Timeliness of Notice of Removal**

Pursuant to 28 U.S.C. § 1446(b), this removal is timely because thirty (30) days have not elapsed since "receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based." Defendant Frito-Lay was served on March 9, 2022, which is less than thirty (30) days from the date this removal notice was filed. (*See* **Exhibit B**, Return of Service.) Accordingly, this removal is timely.

**6.      State Court Pleadings**

Pursuant to 28 U.S.C. § 1446(a) and Local Rule 1.06(b), copies of all process, pleadings, orders, and other papers currently on file in the state court action are attached hereto as **Exhibit C**.

**7.      Notice to State Court and Plaintiff**

In accordance with 28 U.S.C. § 1446(d), Defendant will promptly give written notice of the filing of this Notice of Removal to Plaintiff, the only adverse party, and will also file a Notice of Filing this Notice of Removal with the Circuit Court of the Fifth Judicial Circuit, in and for Marion County,

Florida, a copy of which is attached hereto. (*See* **Exhibit D**, Notice of Filing Notice of Removal.)

WHEREFORE, on the foregoing basis, Defendant respectfully submits that removal of this action from the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida to this Court is proper.

Respectfully submitted,

FORD HARRISON LLP

By:   /s/ Dawn Siler-Nixon
      Dawn Siler-Nixon
      Florida Bar No. 993360
      dnixon@fordharrison.com
      Melissa M. Castillo
      Florida Bar No. 1025338
      mcastillo@fordharrison.com

For the firm

101 East Kennedy Boulevard
Suite 900
Tampa, Florida 33602-5133
Telephone:  (813) 261-7800
Facsimile:  (813) 261-7899

Attorneys for Defendant

4

5

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on April 7, 2022, a true and correct copy of

the foregoing was served by U.S. mail and electronic mail upon:

Kyle J. Lee, Esq.
LEE LAW, PLLC
1971 West Lumsden Road, Suite 303
Brandon, Florida 33511
Kyle@KyleLeeLaw.com
Info@KyleLeeLaw.com

/s/ Dawn Siler-Nixon
Attorney

WSACTIVELLP:12823820.1

5