UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**QUINTON MAYS,**

    Plaintiff,

v.                                                       Case No: 5:22-cv-179-JSM-PRL

**FRITO-LAY, INC.,**

    Defendant.

### ORDER

Before the Court in this employment discrimination case is the Defendant's opposed motion to compel Plaintiff's answers to its' first set of interrogatories and request for production of documents. (Doc. 14). However, after the motion to compel was filed, Plaintiff represents that he "provided Defendant with complete and thorough responses to Defendant's discovery requests." (Doc. 15). Therefore, to the extent Defendant seeks to compel Plaintiff's responses to its' requests for production, the motion must be **DENIED** as moot.

However, to the extent Defendant seeks sanctions, the Court finds that Federal Rule of Civil Procedure 37(a)(5)(A), mandates an award. Fed. R. Civ. P. 37(a)(5)(A). When, as here, the requested discovery is provided after the motion was filed, the Court is required to award the fees and expenses incurred in filing the motion. The Rule authorizes the Court to deny the request for sanctions only if it determines (1) the motion was filed without the movant making a good faith effort to obtain the discovery without court action, (2) the response of the non-moving party was substantially justified, or (3) other circumstances make an award of expenses unjust. None of these exceptions are presented here.

- 2 -

Indeed, before filing this motion counsel for Defendant corresponded with Plaintiff's counsel numerous times to obtain the discovery responses. Further, Plaintiff waited over 105 days past the Federal Rules of Civil Procedure deadline to provide his responses. Finally, despite Plaintiff's counsel blaming their delay on Hurricane Ian, it appears that they failed to mention this to Defendant's counsel and were prepared before (and after) the hurricane to provide discovery responses. (Doc. 14-7) (noting on October 6, 2022, Plaintiff would get Defendant "those responses tomorrow."). For these reasons, Defendant's request for reasonable expenses, including attorney's fees (Doc. 14) incurred in making the motion is due to be **GRANTED**.

Accordingly, Plaintiff is hereby ordered to pay to Defendant the reasonable expenses and attorney's fees incurred by counsel in preparing and filing the instant motion. Defendant shall submit within ten (10) days of the date of this Order an affidavit detailing the reasonable expenses and fees incurred in preparing and filing the motion to compel. To the extent that Plaintiff objects to the amount of expenses and fees claimed by Defendant, Plaintiff shall file a response within ten (10) days of service of Defendant's affidavit. Upon receipt of Defendant's affidavit and any objections by Plaintiff, the Court will enter an appropriate award or, if necessary, set the matter for an evidentiary hearing.

**DONE** and **ORDERED** in Ocala, Florida on November 3, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:
Counsel of Record
Unrepresented Parties